# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

TABBATHA T. JOHNSON                                    CIVIL ACTION

VERSUS

UNITED HEALTHCARE                              NO. 24-00045-BAJ-SDJ

## RULING AND ORDER

On July 15, 2026, the Magistrate Judge issued a **Report And Recommendation (Doc. 21, the "Report")** recommending that the Court dismiss Plaintiff's claims for failure to serve and failure to prosecute pursuant to Local Civil Rule 41(b)(1)(A) and Federal Rule of Civil Procedure Rule 4(m). There are no objections to the Report.

After carefully considering Plaintiff's Complaint, the Report, and the entirety of the record before the Court, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE.**

Baton Rouge, Louisiana, this 30th day of July, 2026

_____

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**